

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-11-2002

# Intermetals Corp v. Hanover Intl

Precedential or Non-Precedential: Non-Precedential

Docket No. 01-3322

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"Intermetals Corp v. Hanover Intl" (2002). *2002 Decisions.* Paper 346.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/346

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


No. 01-3322


INTERMETALS CORPORATION,

Appellant,

v.

HANOVER INTERNATIONAL AKTIENGESELLSCHAFT FUR
INDUSTRIEVERSICHERUNGEN


_____


ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

(D.C. Civil No. 01-cv-00200)
District Judge:  The Honorable Mary Little Cooper


_____


Submitted Under Third Circuit LAR 34.1(a)
June 7, 2002


BEFORE: NYGAARD, BARRY, and MAGILL, Circuit Judges.


(Filed: June 11, 2002)


_____

OPINION OF THE COURT
_____


NYGAARD, Circuit Judge.
        Appellant, Intermetals Corporation, appeals from an order of the District
Court which dismissed the action.  Appellant alleges as error the issues listed in
paragraph I, taken verbatim from their brief.  Because we conclude that the District Court
did not err, we will affirm.
                                I.
        The allegations of error asserted by appellant are as follows:
        1.        Did the District Court err in construing the language of the forum selection
        clause to be exclusive, mandatory, and thus enforceable?
        2.        Did the District Court err in finding that the forum selection clause was
        part of the contract of insurance?

## II.

The facts and procedural history of this case are well known to the parties and the court, and it is not necessary that we restate them here. The reasons why we write an opinion of the court are threefold: to instruct the District Court, to educate and inform the attorneys and parties, and to explain our decision. None of these reasons are presented here. We use a not-precedential opinion in cases such as this, in which a precedential opinion is rendered unnecessary because the opinion has no institutional or precedential value. See United States Court of Appeals for the Third Circuit, Internal Operating Procedure (I.O.P.) 5.2. Under the usual circumstances when we affirm by not-precedential opinion and judgment, we "briefly set[] forth the reasons supporting the court's decision...." I.O.P. 5.4. In this case, however, we have concluded that neither a full memorandum explanation nor a precedential opinion is indicated because of the very extensive and thorough opinion filed by Judge Cooper of the District Court. Judge Cooper's opinion adequately explains and fully supports its order and refutes the appellant's allegations of error. Hence, we believe it wholly unnecessary to further opine, or offer additional explanations and reasons to those given by the District Court, why we will affirm. It is a sufficient explanation to say that, essentially for the reasons given by the District Court in its opinion dated the 2nd day of August, 2001, we will affirm.

## III.

In sum, for the foregoing reasons, we will affirm the order of the District Court dated August 2, 2001.

_____

TO THE CLERK:

Please file the foregoing opinion.

/s/ Richard L. Nygaard
Circuit Judge

THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 01-3322
_____

INTERMETALS CORPORATION,

Appellant,

v.

HANOVER INTERNATIONAL AKTIENGESELLSCHAFT FUR
INDUSTRIEVERSICHERUNGEN

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF NEW JERSEY

                       (D.C. Civil No. 01-cv-00200)
             District Judge:  The Honorable Mary Little Cooper


                            _____


                 Submitted Under Third Circuit LAR 34.1(a)
                             June 7, 2002


             BEFORE: NYGAARD, BARRY, and MAGILL, Circuit Judges.



                            _____

                              JUDGMENT
                            _____




        This cause came to be considered on the record from the United States
District Court for the District of New Jersey and was submitted pursuant to Third Circuit
LAR 34.1(a) on June 7, 2002.
        On consideration whereof, it is now here ORDERED AND ADJUDGED
by this Court that the order of the said District Court entered on August 2, 2001, be, and
the same is hereby affirmed.
        Costs taxed against appellant
        All of the above in accordance with the opinion of this Court.

                        ATTEST:


                        _____
                        Clerk

Dated: 11 June 2002